IN RE RESIGNATION OF APP.

[Cite as *In re Resignation of App* (1992), 63 Ohio St.3d 1215.]

(No. 92–880—Submitted May 12, 1992—Decided May 13, 1992.)

The resignation of Robert Philip App as an attorney, Registration No. 0027874, is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

BOBERSKY ET AL., APPELLANTS, *v.* CITY OF YOUNGSTOWN ET AL., APPELLEES.

[Cite as *Bobersky v. Youngstown* (1992), 63 Ohio St.3d 1215.]

(No. 91–1336—Submitted May 6, 1992—Decided June 10, 1992.)

---

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Dennis Haines, Barry Laine* and *David A. Bobovnyik,* for appellants.

*Edwin Romero,* Law Director, and *Cheryl L. Waite,* for appellee city of Youngstown.

*Richard J. Mastriana,* for appellees Carl and Joann Ross.

*Lee I. Fisher,* Attorney General, *John P. Bartley* and *Joan C. Weiser,* urging affirmance for *amicus curiae,* Ohio Department of Natural Resources.

---

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

The court orders that the court of appeals' opinion not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties *inter se.*